

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00591-CV

In the Guardianship of Leon R. Bernsen, Sr., an Alleged Incapacitated Person

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Cause No. 2015-GU-00099-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

August 8, 2019